[No. 75378-9-I.   Division One.   June 19, 2017.]

*In the Matter of the Marriage of* AMEENA AAMER,
*Respondent*, and SHARIEF YOUSSEF, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 15-3-00873-4, Richard D. Eadie, J., entered May
6, 2016. *Affirmed* by unpublished opinion per Verellen, C.J.,
concurred in by Leach and Spearman, JJ.

[No. 48110-3-II.   Division Two.   June 20, 2017.]

ARTHUR WEST, *Appellant*, v. THE PORT OF TACOMA,
*Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 08-2-04312-1, Gerald T. Costello, J., entered
November 20, 2015. *Affirmed* by unpublished opinion per
Lee, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 48507-9-II.   Division Two.   June 20, 2017.]

CHARLES R. WOODS, *Respondent*, v. TOM HALL ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Clark
County, No. 12-2-04821-9, Daniel L. Stahnke, J., entered
November 20, 2015. *Affirmed in part, reversed in part,* and
*remanded with instructions* by unpublished opinion per
Sutton, J., concurred in by Maxa, A.C.J., and Worswick, J.

[No. 48680-6-II.   Division Two.   June 20, 2017.]

LINDA TIOKASIN-ORR, *Appellant*, v. THE ESTATE OF PATRICIA
SPRUANCE ORR, *Respondent*.

Appeal from a judgment of the Superior Court for Clark
County, No. 14-2-03034-1, Robert A. Lewis, J., entered
February 5, 2016. *Affirmed* by unpublished opinion per
Sutton, J., concurred in by Johanson and Melnick, JJ.